UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

FRANK FEDERICO,

                  Defendant.
----------------------------------------------------X

**NOTICE OF MOTION**

CR-95-31(S-7)-1(FB)

**SIRS**:

       PLEASE TAKE NOTICE that upon the annexed affirmation of MURRAY RICHMAN, ESQ., dated February 21, 2018, and upon all proceedings previously held herein, the defendant FRANK FEDERICO, will move this Court before the Honorable Frederic Block, located at the United States Court House, 225 Camden Plaza E., Brooklyn, New York, for an order granting the relief requested in counsel's annexed affirmation.

Dated: Bronx, New York
       February 21, 2018

                                   Respectfully Submitted,

                                   MURRAY RICHMAN, ESQ.
                                   Attorney for Defendant
                                   2027 Williamsbridge Road
                                   Bronx, New York 10461
                                   (718) 892-8588