# LAW OFFICES OF
# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

August 21, 2018

**VIA ECF**

Honorable Frederick Block
Eastern District of New York
225 Camden Plaza East.,
Brooklyn, New York 11201

Re: ***United States vs. Frank Federico***
CR-95-31 (S-7)-1 (FB)

Dear Judge Block;

    As you are aware we represent Frank Federico, who was scheduled to appear before your Honor Wednesday, August 22, 2018. We write to inform the Court that my client does not wish to go forward with our application with the Italian Consulate.

    I have spoken to AUSA Nadia Moore regarding this request to withdraw our application and she suggested that we submit a letter to the Court. Thank you for your time and consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/as